BRYAN L. KENNELLY, INC., Appellant, *v.* BENJAMIN SHAPIRO et al., Doing Business under the Firm Name of BANDELL SUPPLY COMPANY, Respondents, and JACOB BOLTAN, Appellant.

(Argued November 27, 1928; decided December 31, 1928.)

*William Burr DeLacy* and *Bertram L. Kraus* for appellants.

*Benjamin Tuska, Joseph L. Stein* and *David I. Shapiro* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.